In the Matter of IRVING LANZER, Appellant, against FREDERICK A. MORAN et al., Constituting the Board of Parole in the Executive Department of the State of New York, et al., Respondents.

Argued May 17, 1945; decided June 14, 1945.

*Seymour Georges Mackler* and *Harvey Kay Mackler* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Herman F. Nehlsen* and *Orrin G. Judd* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.